UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS | Case No. 21-mc-80017-TSH<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Forbes Media LLC and its Associate Editor Thomas Brewster move the Court for an order unsealing certain court records relating to an order under the All Writs Act, 28 U.S.C. § 1652. ECF No. 1. The government shall file any response by February 16, 2021, and Forbes and Brewster shall file any reply by February 23, 2021.

**IT IS SO ORDERED.**

Dated: February 2, 2021

THOMAS S. HIXSON
United States Magistrate Judge