UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS | Case No. 21-mc-80017-TSH<br><br>**ORDER TO SHOW CAUSE** |

On January 25, 2021, Forbes Media LLC and its Associate Editor Thomas Brewster filed a motion requesting the Court unseal certain court records relating to an order under the All Writs Act, 28 U.S.C. § 1652. ECF No. 1. On February 2 the Court ordered the government to file any response by February 16. ECF No. 5. Although the case is not under seal, the government has now filed an under seal request for extension of time. ECF No. 6. In its request, the government states it "has been informed that multiple similar motions have been filed by petitioner in several different judicial districts around the country in different cases" and that every other district court has set a deadline of March 1, 2021 for the government's response. Applicants oppose the request, stating they filed a similar application to unseal in two other jurisdictions: the Western District of Washington, where the government's response is due March 1, and the Western District of Pennsylvania, where the government's response is due February 16. ECF No. 7.

As this matter is not sealed, the Court **ORDERS** the government to show cause why its request (ECF No. 6) should not be unsealed. The Court **FURTHER ORDERS** the government to show cause why its request for an extension should not be denied given Petitioners' opposition. The government shall file a declaration by February 12, 2021 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: February 12, 2021

THOMAS S. HIXSON
United States Magistrate Judge