DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CATHERINE ALDEN PELKER (MD)
Trial Attorney

    Department of Justice
    Computer Crime & Intellectual Property Section
    1301 New York Avenue NW, Suite 600
    Washington, DC 20005
    Telephone: (202) 514-1026
    FAX: (202) 514-6113
    Catherine.Pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS | CASE NO. 21-MC-80017-TSH<br><br>**NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY**<br><br>**UNDER SEAL** |

    The United States Attorney Office hereby files this Notice of Appearance to advise the court that Department of Justice Trial Attorney Catherine Alden Pelker appears for the United States in this case. Please add her to the list of counsel appearing for the United States and please add her to the list of persons to be noticed.

DATED: February 12, 2021

                                                    Respectfully,

                                                    DAVID L. ANDERSON
                                                    United States Attorney

                                                         /s/
                                                   CATHERINE ALDEN PELKER
                                                   Trial Attorney, Department of Justice