UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS | Case No. 21-mc-80017-TSH<br><br>**ORDER UNSEALING ECF NO. 6 AND DENYING MOTION FOR EXTENSION OF TIME** |

On January 25, 2021, Forbes Media LLC and its Associate Editor Thomas Brewster filed a motion requesting the Court unseal certain court records relating to an order under the All Writs Act, 28 U.S.C. § 1652. ECF No. 1. On February 2 the Court ordered the government to file any response by February 16. ECF No. 5. Although the case is not under seal, the government subsequently filed an under-seal request for extension of time. ECF No. 6. In its request, the government states it "has been informed that multiple similar motions have been filed by petitioner in several different judicial districts around the country in different cases," that "every other district court has set a deadline of March 1, 2021" for the government's response. The government, "[i]n the interest of achieving [] national consistency," therefore request that the Court extend the deadline in this case to March 1.

Petitioners filed an opposition, stating they filed a similar application to unseal in two other jurisdictions: The Western District of Washington, where the government's response is due March 1, *see Appl. of Forbes Media LLC and Thomas Brewster to Unseal Records*, No. 21-mc-00007-RSM (W.D. Wash. Feb. 1, 2021); and the Western District of Pennsylvania, where the government's response is due February 16, *see Appl. of Forbes Media LLC and Thomas Brewster*

*to Unseal Records*, No. 21-mc-00052-MRH (W.D. of Pa. Feb. 5, 2021).  Petitioners also note that both matters are publicly docketed.  ECF No. 7.

Based on Petitioners' response, the Court ordered the government to show cause why its request for an extension should not be denied.  ECF No. 8.  The Court also ordered the government to show cause why the request should not be unsealed.  ECF No. 9.

Having received the government's response (ECF No. 10), the Court **DISCHARGES** the show cause order.  As the government has failed to overcome the policy of providing the public with full access to all filed documents, its application (ECF No. 6) is hereby **UNSEALED**.  As to its request for an extension of time, the only ground offered by the government is a desire for "consistency" based on information that "every other district court" has set the same March 1 deadline.  While the Court has no concerns about counsel's candor in this matter, that information has been shown to be false.  Further, the government states it is prepared to file its response on February 16.  Accordingly, the Court finds the government has failed to demonstrate good cause for an extension, and its motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: February 12, 2021

THOMAS S. HIXSON
United States Magistrate Judge

2