KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Applicants Forbes Media LLC and Thomas Brewster*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS** | Misc. Case No. 3:21-mc-80017<br><br>Related to CR1690391 MISC EDL<br><br>**DECLARATION OF THOMAS BREWSTER IN SUPPORT OF REPLY IN SUPPORT OF APPLICATION TO UNSEAL COURT RECORDS** |

# DECLARATION OF THOMAS BREWSTER

I, Thomas Brewster, declare as follows:

1. I am over the age of 18 years old. I make this declaration in support of the Reply in Support of Application to Unseal Court Records filed by me and Forbes Media LLC ("Forbes") in the above-captioned matter. I have personal knowledge of the matters stated in this declaration.

2. I am a journalist and currently an associate editor for Forbes, where I cover security, surveillance, and privacy. On March 10, 2020, using PACER, I downloaded an All Writs Act order filed in the U.S. District Court for the Southern District of California in case number 19-cr-4643 from the publicly available electronic docket in that case. A copy of the order I downloaded is attached as Exhibit 1 to the Application in the above-captioned case.

3. I reported on the contents of that order in the following article published by Forbes in July 2020: Thomas Brewster, *The FBI Is Secretly Using a $2 Billion Travel Company as a Global Surveillance Tool*, Forbes (July 16, 2020), https://perma.cc/R96R-AXL9. Since it was published in July 2020, that story has included a link to the order attached as Exhibit 1 to the Application in the above-captioned case. *See* All Writs Act Order on Sabre to Give Real Time Updates on Travel of Suspect, DocumentCloud, https://perma.cc/A8EJ-HEZY (last visited Feb. 17, 2021).

---

1
**DECLARATION OF THOMAS BREWSTER IN SUPPORT OF REPLY IN SUPPORT OF APPLICATION TO UNSEAL COURT RECORDS (Misc. Case. No. 3:21-mc-80017)**

4. The order no longer appears to be listed on the publicly available docket for case number 19-cr-4643. A true and correct copy of the publicly available docket in that case as of February 17, 2021 is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2021, in London, United Kingdom.

_____
Thomas Brewster