1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Applicants Forbes
Media LLC and Thomas Brewster*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS** | Misc. Case No. 3:21-mc-80017<br><br>Related to CR1690391 MISC EDL<br><br>**APPLICANTS' NOTICE OF MOTION AND MOTION TO UNSEAL GOVERNMENT'S EX PARTE STATEMENT OF FACTS**<br><br>Hearing date: April 15, 2021<br>Hearing time: 10:00am PST |

**PLEASE TAKE NOTICE** that at 10:00am PST on April 15, 2021, or as soon as this matter may be heard before the Honorable Thomas S. Hixson, United States Magistrate Judge, in Courtroom G of United States District Court, Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Thomas Brewster and Forbes Media LLC ("Applicants"), by and through undersigned counsel, will and hereby do move the Court for an order unsealing the *ex parte* statement of facts referenced in the United States' Response to Unsealing Petition (ECF No. 12) ("Gov't Response").

Specifically, Applicants will and hereby do respectfully move the Court for an order directing the Clerk of the Court to immediately unseal and place on the public docket in the above-captioned matter the sealed statement of facts submitted by the Government to the Court *ex parte* in support the Government's Response.

This Motion is made on the following grounds:

As an initial matter, the Government's sealed, *ex parte* filing is procedurally improper.  This Court's rules provide that a party seeking to file a document under seal must file an Administrative Motion to File Under Seal accompanied by, *inter alia*, a "declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable[.]"  N.D. Cal. LCR 79-5(c).  By requiring the party seeking to file a document under seal—here, the Government—to demonstrate, including through a supporting declaration under penalty of perjury, that sealing is

warranted under applicable common law and First Amendment standards, this procedure ensures that parties that would oppose sealing have a full and fair opportunity to do so.  Compliance with this procedure is especially important where, as here, the Government has filed an entire document with the Court not only under seal, but also *ex parte*, in opposition to the relief sought by Applicants in this case.

Apart from the procedurally improper nature of the Government's sealing request, Applicants move to unseal the Government's *ex parte* statement of facts for the same substantive reasons and on the same grounds as set forth in their Memorandum of Points and Authorities in Support of Application to Unseal Court Records (ECF No. 1-2) ("Application") and in their concurrently filed Reply in support of that Application (ECF No. 13), which are incorporated by reference herein.  Because sealed matter CR1690391 MISC EDL—which is the subject of the Application—should be unsealed, the Government's statement of facts concerning that matter should likewise be unsealed.

Applicants therefore respectfully request that the Court enter an order unsealing the Government's sealed, *ex parte* statement of facts.

Dated: February 23, 2021

/s/ Katie Townsend

Katie Townsend
REPORTERS COMMITTEE
   FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for Applicants*