STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6959
     FAX: (415) 436-6753
     William.frentzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS     )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 21-mc-80017-PJH<br><br>UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND [PROPOSED] ORDER |

     In this matter, applicants moved this Court to unseal documents that they assume exist, consisting of All Writs Act Orders of this Court.  They moved for unsealing before the Magistrate Judge.  The government filed an opposition.  The applicants filed a reply.  The Magistrate Judge ruled, issuing a Report and Recommendation finding against the applicants and denying the motion to unseal any responsive documents.

     Applicants subsequently moved this Court to reconsider the Magistrate Judge's findings.  The date that the government now understands was set for a response was May 24, 2021.  Undersigned Assistant United States Attorney was out on leave from March 8, 2021 to May 10, 2021 pursuant to the Family Medical Leave Act.  As a result, he simply missed the existence of a deadline to file a response

1   to applicants' renewed objections.  If the Court would permit it, the government seeks until June 4, 2021

2   to file an objection.  In the event the Court will not grant this request, then the government would

3   request to rely on its filings before the Magistrate Judge and on the well-reasoned Report and

4   Recommendation issued by the Magistrate Judge.  In short, there is no basis for this Court to unseal

5   matters that, if they exist, were previously sealed and may relate to ongoing investigations.

6       While the government recognizes it is responsible for missing the deadline, the government is

7   also unaware of any prejudice that would arise to applicants from the extension to file that the

8   government currently seeks.

9

10  DATED:  May 27, 2021                              Respectfully submitted,

11                                                    STEPHANIE M. HINDS
                                                      Acting United States Attorney
12

13                                                    _____

14                                                    WILLIAM FRENTZEN
                                                      Assistant United States Attorney
15                                                    Chief, Corporate Fraud Strike Force

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2   Upon the motion of the government, and for good cause appearing, IT IS HEREBY ORDERED

3 that the government is permitted until June 4, 2021, to file its opposition to the objections of the

4 applicants.

5 IT IS SO ORDERED.

6

7                 HON. PHYLLIS J. HAMILTON
                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28