UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORBES MEDIA LLC, et al.,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 21-mc-80017-PJH

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 21

The court is in receipt of the government's motion for an extension of time to file a response to the applicants' motion for de novo determination. The court GRANTS the motion. The government's response is due on or before June 4, 2021, and the applicants' reply is due no more than seven (7) days after any response is filed. The hearing remains as scheduled for June 24, 2021.

**IT IS SO ORDERED.**

Dated: May 28, 2021

                                                    */s/ Phyllis J. Hamilton*
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge