UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORBES MEDIA LLC, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 21-mc-80017-PJH **JUDGMENT** |

The court having entered a ruling today denying the petition, judgment is hereby entered against petitioners. Petitioners shall obtain no relief by way of the petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 13, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge