UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:21-mc-80017-PJH

Date case was first filed in U.S. District Court: Jan. 25, 2021

Date of judgment or order you are appealing: July 13, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Forbes Media LLC; Thomas Brewster

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Reporters Committee for Freedom of the Press

1156 15th Street NW, Suite 1020

City: Washington   State: DC   Zip Code: 20005

Prisoner Inmate or A Number (if applicable):

**Signature** Katie Townsend   **Date** 07/26/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Forbes Media LLC; Thomas Brewster |

Name(s) of counsel (if any):

| Katie Townsend; Grayson Clary; Jean-Paul Jassy; Elizabeth Holland Baldridge |

Address: 1156 15th Street NW, Suite 1020, Washington, DC 20005
Telephone number(s): (202) 795-9300
Email(s): ktownsend@rcfp.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| United States |

Name(s) of counsel (if any):

| William Frentzen; Catherine Alden Pelker |

Address: 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102
Telephone number(s): (415) 436-6959; (202) 514-1026
Email(s): william.frentzen@usdoj.gov; catherine.pelker@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    1                                  *New 12/01/2018*