ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
Assistant United States Attorney
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORBES MEDIA LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. CR 21-MC-80017-PJH <br><br> UNITED STATES' STATUS UPDATE REGARDING CRIMINAL INVESTIGATION IN MATTER NO. CR-16-90391 |

    The United States of America hereby provides the following status update to the Court regarding the criminal investigation underlying the request of Forbes Media, LLC, and Thomas Brewster ("petitioners"), Northern District of California, AWA Order CR-16-90391 MISC EDL ("the AWA Order").

    On July 13, 2021, this Court issued an Order ruling on petitioner's motion for de novo determination and petition to unseal court records. Dkt. No. 32. In its Order, the Court directed the

government to make an annual filing on the public docket in this matter consisting of "a certification that both (1) the investigation remains ongoing and (2) the underlying materials remain sealed." Dkt. No. 32 at 12.  The Court added that the certification should not include "any confidential information or even any legal argument." *Id*.  The Court set the deadline for the first certification on July 1, 2022 and instructed the government to "annually file on the public docket in this matter a certification that both (1) the investigation remains ongoing and (2) the underlying materials remain sealed," with the first certification "due on July 1, 2022 and any subsequent certifications due on the first business day in July every year until the investigation is closed." *Id*.  12-13.  The Court further ordered the government "to give notice when its investigation has closed or has become public." *Id.* at 12.  The Court noted that petitioners could "file a new application to unseal court records upon the government's certification that the investigation is finally closed" and that "[s]uch application should be filed as a separate case and need not be assigned to the [same Judge]." *Id.*

On July 17, 2022, the government filed its first annual certification, in which it certified "that (1) the criminal investigation relating to matter CR-16-90391 remains ongoing; and (2) the AWA Order and underlying materials in matter CR-16-90391 remain sealed." Dkt. No. 40.

On June 6, 2023, the indictment related to the AWA Order was unsealed and thus has become public.  In light of that unsealing and simultaneously with this update, the government is moving in the underlying case, 3:16-CR-227, to unseal redacted versions of the AWA Order and application materials.

                                    Respectfully submitted,

                                    ISMAIL J. RAMSEY
                                    United States Attorney

DATED:  July 3, 2023                  __/s/_____
                                              CLAUDIA QUIROZ
                                              Assistant United States Attorney
                                              C. ALDEN PELKER
                                              Trial Attorney, CCIPS Assistant United States Attorney

UNITED STATES' STATUS UPDATE
Case No. CR 21-MC-80017